946 A.2d 1020

IN THE MATTER OF WARD S. TAGGART,
AN ATTORNEY AT LAW.

April 22, 2008.

## ORDER

The Director of the Office of Attorney Ethics and **WARD S. TAGGART** of **MOORESTOWN**, who was admitted to the bar of this State in 1993, through counsel, having consented to the temporary suspension from practice of respondent pending the final disposition of all ethics grievances against him, and good cause appearing;

It is ORDERED that **WARD S. TAGGART** is temporarily suspended from the practice of law, effective immediately, pending the disposition of all ethics grievances against him, and until the further Order of this Court; and it is further

ORDERED that **WARD S. TAGGART** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.